ANHEUSER-BUSCH BREWING ASSOCIATION, Appellee, v. ISAAC GATES, *et al.,* Appellants.

Replevin: DEMURRER TO PETITION: APPEAL.

*Appeal from Superior Court of Cedar Rapids.*—HON. JOHN T. STONEMAN, Judge.

FRIDAY, JANUARY 20, 1893.

ACTION in replevin for certain liquor. A demurrer to the petition was overruled, and, the defendants having elected to stand thereon, judgment was entered against them, from which they appealed.

*F. G. Clark* and *M. P. Smith,* for appellants.

*W. G. Thompson* and *Rickel & Crocker,* for appellee.

GRANGER, J.—This case is in every essential particular like that of *Same Plaintiff v. Oxley, ante,* p. 699, and controlled by the same rule. It is, therefore, AFFIRMED.